Moyer, C.J., dissents.

O'Connor, J., dissents and would accept the appeal on Proposition of Law Nos. I and II.

**2009–1218. Kern v. Mentor.**
Lake App. No. 2008–L–157, 2009-Ohio-2437.

**2009–1236. Mihelich v. Active Plumbing Supply Co.**
Cuyahoga App. No. 90965, 2009-Ohio-2248.

**2009–1238. State ex rel. Doe v. Register.**
Clermont App. No. CA2008–08–081, 2009-Ohio-2448.

**2009–1241. Citibank (S. Dakota), N.A. v. Eckmeyer.**
Portage App. No. 2008–P–0069, 2009-Ohio-2435.

**2009–1243. State v. Jeffries.**
Lake App. No. 2005–L–057, 2009-Ohio-2440.

**2009–1246. State v. Marrero.**
Lorain App. No. 08CA009467, 2009-Ohio-2430.

**2009–1247. Lindsey v. Summit Cty. Children Servs. Bd.**
Summit App. No. 24352, 2009-Ohio-2457.

**2009–1248. Dean v. Consol. Equities Realty #3, L.L.C.**
Hamilton App. No. C–080931, 2009-Ohio-2480.
Moyer, C.J., and O'Connor, J., dissent.

**2009–1249. In re Estate of Buckner.**
Clermont App. No. CA2008–07–074, 2009-Ohio-2447.

**2009–1251. Rispo Invest. Co. v. Cleveland.**
Cuyahoga App. No. 91284, 2009-Ohio-2250.
Moyer, C.J., dissents.

**2009–1252. State v. Porter.**
Pickaway App. No. 08CA26, 2009-Ohio-3112.
Lundberg Stratton, O'Connor, and O'Donnell, JJ., dissent and would accept the appeal on Proposition of Law No. II and hold the cause for the decision in 2008–1255, *State v. Singleton*, Cuyahoga App. No. 90042, 2008-Ohio-2351.

**2009–1254. State v. Lieser.**
Stark App. No. 2008CA00202, 2009-Ohio-2502.
Lundberg Stratton, J., dissents.

**2009–1260. Hopper v. Elyria.**
Lorain App. No. 08CA009421, 2009-Ohio-2517.
Moyer, C.J., dissents.

**2009–1261. Segedy v. Cardiothoracic & Vascular Surgery of Akron, Inc.**
Summit App. No. 24219, 2009-Ohio-2460.

**2009–1262. Leiter v. Pentair Pump Group, Inc.**
Ashland App. No. 08–COA–032, 2009-Ohio-2528.

**2009–1264. Hollins v. Shaffer.**
Cuyahoga App. No. 91639, 182 Ohio App.3d 282, 2009-Ohio-2136. Discretionary appeal and cross-appeal not accepted.
O'Connor, J., not participating.

**2009–1270. State v. Mickens.**
Franklin App. Nos. 08AP–743, 08AP–744, and 08AP–745, 2009-Ohio-2554.